■ EARTHA C. SOUTHERN, Individually and as Parent and Natural Guardian and Administrator of the Estate of MALACHI SOUTHERN, an Infant, Deceased, Appellant, v SENZAN HSU, M.D., et al., Respondents, et al., Defendant. [40 NYS3d 310]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered April 9, 2015. The order granted the motions of defendants Senzan Hsu, M.D., and Children's Hospital of Buffalo of Kaleida Health, for summary judgment dismissing all claims and cross claims against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 32613[U] [Sup Ct, Erie County 2015]). Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.

■ CATHERINE M. HEARY, Appellant, v DENISE HIBIT et al., Respondents. [40 NYS3d 311]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered May 26, 2015. The order granted the request of defendants for collateral source reductions of a jury verdict.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 29, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.